UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

          Plaintiff,

  v.

EL CAMINO-PALO ALTO, LLC, et al.,

          Defendants.

Case No. 21-cv-03845-SVK

**ORDER TO SHOW CAUSE**

On October 1, 2021, the Court ordered the Parties to file a joint status report by October 7, 2021. Dkt. 14. The Parties have failed to do so. Accordingly, the Parties are **ORDERED** to appear on **October 26, 2021 at 1:30 p.m.** and show cause why this case should not be dismissed for failure to prosecute.

**SO ORDERED.**

Dated: October 12, 2021

_____

SUSAN VAN KEULEN
United States Magistrate Judge