UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>EL CAMINO-PALO ALTO, LLC, et al.,<br><br>    Defendants. | Case No.  21-cv-03845-SVK<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 21 |

Plaintiff requests that the Court continue the current order to show cause hearing by thirty days to allow the parties to finalize and dismiss.  Dkt. 21.  Accordingly, by **January 18, 2022**, the parties shall file a stipulation of dismissal.  If a dismissal is not filed by the specified date, then the parties shall appear on **January 25, 2022 at 1:30 p.m.** and show cause, if any, why the case should not be dismissed.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.  This is more than adequate time based on Plaintiff's representations.  Accordingly, no further extensions will be granted.

**SO ORDERED.**

Dated: November 24, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge